No. 1316, Misc. BOYLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 1327, Misc. PIPES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 1328, Misc. GREEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1339, Misc. PICARD *v.* ALLGOOD, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 1344, Misc. PRINCIPE *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1345, Misc. VALE *v.* RUSSELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1346, Misc. HERNANDEZ *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1349, Misc. DiTOMMASO *v.* UNITED STATES; and
No. 1350, Misc. WAUGAMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Arnold M. Weiner* for petitioner in No. 1349, Misc., and *Edward L. Coleman* for petitioner in No. 1350, Misc. *Solicitor General Griswold* for the United States in both cases. Reported below: 405 F. 2d 385.

No. 1362, Misc. SMITH *v.* LAIRD, SECRETARY OF DEFENSE. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.